# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:    JOHNNY LLOYD PHILLIPS

                                    Chapter 13
                           Case No.: 14-71557-FJS

Debtor

        SSN:  XXX-XX-3456

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|------|----------------------|------------|-----------|-----------|------------|------|
| 2 AP | ALLY FINANCIAL<br>PO BOX 78367<br>PHOENIX, AZ 85062 | May 02, 2014 | 23,941.20 | Pro Rata | 5.50 | Secured VEHICLE ( |
| 8 | FULTON BANK NA<br>PO BOX 4887<br>LANCASTER, PA 17604 | Jul 01, 2014 | .00 | | 0.00<br>"No Interest" | OUTSIDE |
| 10  A | PORT ALLIANCE FCU<br>PO BOX 12719<br>NORFOLK, VA 23541 | Jul 16, 2014 | 38,532.07 | Pro Rata | 5.50 | Secured VEHICLE ( |
| | CHASE<br>P.O. BOX 15153<br>WILMINGTON, DE 19850-5123 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 7 | DELL FINANCIAL SERVICES LP<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | Jun 16, 2014 | 4,427.58 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 1 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | May 02, 2014 | 8,655.75 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | GOODYEAR<br>P.O. BOX 183015<br>COLUMBUS, OH 43218-3015 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|------|----------------------|------------|-----------|-----------|-----------|------|
| 9 | ALTAIR OH XIII, LLC LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Jul 08, 2014 | 22,994.22 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 5 | QUANTUM3 GOUP LLC AS AGENT FOR<br>MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Jun 05, 2014 | 4,381.54 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 4/ 4- | LANGLEY FCU<br>P.O. BOX 120128<br>NEWPORT NEWS, VA 23612 | Dec 26, 2014 | 8,990.79 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 6 | QUANTUM3 GOUP LLC AS AGENT FOR<br>MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Jun 05, 2014 | 10,104.46 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 3 | ARMY & AIR FORCE EXCHANGE<br>SERVICES<br>C/O BASS & ASSOCIATES, P.C<br>3936 E FT. LOWELL ROAD<br>SUITE 200<br>TUCSON, AZ 85712 | May 30, 2014 | 4,088.43 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 11 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Aug 25, 2014 | 4,776.27 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | USAA<br>10750 MCDERMONT FREEWAY<br>SAN ANTONIO, TX 78288-0544 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Total Claims Filed:  10

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Thursday, January 15, 2015

_____
/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Standing Trustee

14-71557-FJS

### Certificate of Service

I hereby certify that on January 15, 2015, I have transmitted a true copy of the foregoing Notice and Motion to Allow Claims with the clerk using the CM/ECF system, which will then send electronic notification of such filing to STEVE C TAYLOR, ESQUIRE, counsel for the Debtor, and that a true copy was mailed, first-class mail, postage prepaid to the Debtor, JOHNNY LLOYD PHILLIPS, 1600 CAROLINA RD, SUFFOLK, VA, 23434, and to all creditors listed in the Motion.

_____
/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Standing Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    JOHNNY LLOYD PHILLIPS

Chapter 13
Case No.: 14-71557-FJS

Debtor

SSN:  XXX-XX-3456

## ORDER APPROVING CLAIMS

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtor and to the Debtor's attorney of record, and that the Debtor be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the Debtor of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtor and the Debtor.

Dated: _____

_____
Judge

_____
Entry of Judgement or Order

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000